FORM 3

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **TRADE ASSOCIATES GROUP, LTD.**<br><br>                                              **Plaintiff,**<br><br>                    v.<br><br>**UNITED STATES,**<br><br>                                              **Defendant.** | **SUMMONS**<br><br>Court No.  11-00338 |

TO:   The Attorney General, the Department of Commerce, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/Tina Potuto Kimble
Clerk of the Court

1. The plaintiff is Trade Associates Group, Ltd., a U.S. importer of the subject merchandise (certain petroleum wax candles from the People's Republic of China), and an interested party in the contested scope ruling. Plaintiff actively participated in the contested scope ruling through written submission of factual information and legal arguments. Plaintiff is therefore a "party to the proceeding" and is entitled to commence this civil action pursuant to 28 U.S.C. 2631(c), 28 U.S.C. §1581(c), and 19 U.S.C. §1516a(2)(B)(vi).

2. Plaintiff contests the determination of the International Trade Administration, U.S. Department of Commerce in its *Final Scope Ruling: Antidumping Duty Order on Petroleum Wax Candles From the People's Republic of China*, issued on August 5, 2011. The contested scope ruling was in reply to the request by Trade Associates Group, Ltd. for a scope ruling.

3. The underlying administrative determination was made on August 5, 2011, and was e-mailed to counsel for plaintiff on August 9, 2011.

4. Not applicable.

Signature of Plaintiff's Attorney

9/2/11
Date

Thomas J. O'Donnell
Lara A. Austrins
Jessica R. Rifkin
Rodriguez O'Donnell Gonzalez & Williams, P.C.
8430 W. Bryn Mawr Ave., Ste. 525
Chicago, IL 60631
(773) 314-5000
todonnell@chicago.rorlaw.com
Attorney for Plaintiff

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011).